TELEPHONE (212) 349-9190

**MARTIN J. SIEGEL**
ATTORNEY AND COUNSELLOR AT LAW

*Suite 600*
*170 Broadway*
*New York, NY 10038-4464*
*Fax (212) 349-1451*

MEMBER OF THE BAR OF:
NEW YORK
CALIFORNIA
DISTRICT OF COLUMBIA

February 28, 2012

Honorable Nicholas F. Garaufis
US Federal Court
225 Cadman Plaza
Brooklyn, NY 11201
Fax 1-718-613-2546

Dear Judge Garaufis,

RE: USA V. SHONDELL WALKER 10 CR 615 (NGG)

The defendant, Mr. Shondell Walker is scheduled to appear before you for sentencing on Friday March 9, 2012.

I have conferred with Carter Burwell, Esq., an Assistant involved with this prosecution, and with the consent of the Court, the defense requests that the sentencing of Mr. Walker be adjourned until a date in late June 2012. The prosecution has no objection to this request.

 I have spoken to Mr. Walker who has no objection to this request.

 Your thoughtful reflection and approval of this matter is gratefully appreciated.

Respectfully Submitted,

/S/

MARTIN J. SIEGEL


Cc-Cater Burwell, Esq.
   US Attorney's Office
   Via E Mail
   Mr. Shondell Walker
    MDC

February 28, 2012

February 28, 2012